UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   James C. Sommar            :        Chapter 13
        Christine M. Sommar         :
                                    :
                 Debtors            :        No.:   20-10850-mdc

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Bankruptcy Procedure, William D. Schroeder, Jr., appears in the captioned Chapter 13 case as counsel for **The Estate of Jeanne E. Murphy, Edward Murphy, Executor**.  Please send all notices issued in this case to the undersigned at the address below.

**PLEASE TAKE NOTICE** that the undersigned appears for **THE ESTATE OF JEANNE E. MURPHY** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code.  William D. Schroeder, Jr. demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number and email set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, email, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property of the estate.

Dated:  ___3/3/20___                           Signed: /s/William D. Schroeder, Jr.

Attorney for Creditor
William D. Schroeder, Jr.
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org