UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James C. Sommar                  :         Chapter 13
         Christine M. Sommar              :
                                          :
                    Debtors               :         No.:    20-10850-mdc

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Bankruptcy Procedure, William D. Schroeder, Jr., appears in the captioned Chapter 13 case as counsel for **Edward G. Murphy Profit Sharing and Retirement Plan, Edward Murphy, Plan Administrator**.  Please send all notices issued in this case to the undersigned at the address below.

**PLEASE TAKE NOTICE** that the undersigned appears for **EDWARD G. MURPHY PROFIT SHARING AND RETIREMENT PLAN** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code.  William D. Schroeder, Jr. demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number and email set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, email, telex or otherwise

which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property of the estate.

Dated: _____3/3/20_____           Signed: /s/William D. Schroeder, Jr.
                                  Attorney for Creditor
                                  William D. Schroeder, Jr.
                                  920 Lenmar Drive
                                  Blue Bell, PA 19422
                                  (215) 822-2728
                                  schroeder@jrlaw.org